UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID E. RIGGS,

              Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.
_____)

NO.  CV-08-187-CI

**JUDGMENT IN A
  CIVIL CASE**

**DECISION BY THE COURT:**

      This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that:

      Plaintiff's Motion for Summary Judgment is **DENIED**; Plaintiff's Motion to Submit Additional Medical Records is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

      DATED this 30th day of March, 2009.

                        JAMES R. LARSEN
                        District Court Executive/Clerk

                        s/ L. Stejskal
                        Deputy Clerk